IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN H. HAMPTON,

      Plaintiff

vs.   No. CIV 10-1029 WDS/ACT

WILLIAM HEIN,
a Representative of the State of New Mexico
Department of Corrections, Adult Probation
and Parole Division, Individually;

LARRY FRANCO,
a Representative of the State of New Mexico
Department of Corrections, Adult Probation
and Parole Division, Individually;

THOMAS C. HAVEL,
Administrator of Adult Detention,
San Juan County Detention Center,
San Juan County, New Mexico, Individually;

      Defendants.

## FINAL JUDGMENT

    Pursuant to the Order granting the Defendants' Motion for Summary Judgment, which accompanies this judgment, and pursuant to the Court's November 18, 2011 Order granting Summary Judgment in favor of Defendant Havel, final judgment is hereby entered and Plaintiff's complaint is dismissed with prejudice.

                                              _____
                                              **W. DANIEL SCHNEIDER**
                                              **United States Magistrate Judge**